IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 02-cv-00233-ZLW

IVAN COMMODORE STAMPS,

       Applicant,

v.

FOURTH JUDICIAL DISTRICT COURT OF EL PASO COUNTY, CO., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Applicant has filed *pro se* on June 22, 2005, the following documents: "Motion to Amend Puruant [sic] to F.R. Civ. P. 15," "Judicial Notice Rule 21," "Motion to Recuse Pursuant to 28 USC § 144 Bias and Prejudice of Judge," "Exhaustion Requirement Pursuant to 28 USC 2254 (b)(1)(B)(i)(ii)," and "Motion for Final Disposition of Pending Habeas Corpus Proceeding." These documents will not be considered and the motions are DENIED because this action was dismissed on March 11, 2002, and Applicant's appeal from the order of dismissal also was dismissed.

Dated: June 24, 2005

Copies of this Minute Order mailed on June 24, 2005, to the following:

Ivan Commodore Stamps
Prisoner No. 68133
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

                                  Secretary/Deputy Clerk